## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| IYOV KINNIBURGH and<br>KINNIBURGH CONCRETE, LLC,<br><br>    **Plaintiffs,**<br><br>v.<br><br>ARLY KINNIBURGH and<br>KINNIBURGH CONSTRUCTION, LLC,<br><br>    **Defendants.** | )<br>)<br>)   **Case No. _____**<br>)<br>)   **JURY DEMAND**<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Come the Plaintiffs, Iyov Kinniburgh and Kinniburgh Concrete, LLC, by and through counsel, and sue the Defendants, Arly Kinniburgh and Kinniburgh Construction, LLC, and for cause would state and show as follows:

### I.
### THE PARTIES

1. The Plaintiff, Iyov Kinniburgh, is a citizen and resident of California. He is the sole member of Kinniburgh Concrete, LLC

2. The Plaintiff, Kinniburgh Concrete, LLC, is a Tennessee Limited Liability company which no longer conducts business from Tennessee. It is domiciled in California.

3. The Defendant, Arly Kinniburgh, is believed to be a citizen and resident of Tennessee. He is believed to be the sole member of Kinniburgh Construction, LLC.

4. The Defendant, Kinniburgh Construction, LLC, is a Tennessee Limited Liability company and its principal office is believed to be at 802 Sweet Lips Road, Finger, TN 38334.

## II.
## VENUE AND JURISDICTION

5. The Plaintiffs aver that venue is proper pursuant to 28 U.S.C.S §1391.

6. The Plaintiffs aver that diversity and jurisdiction is proper pursuant to 28 U.S.C.A. §1332.

## III.
## THE FACTS

7. The Plaintiffs aver that they entered into an agreement on or about February 19, 2019 to purchase the majority of the membership interests in Defendant, Kinniburgh Construction, LLC.

8. The terms of the agreement call for the payment of $450,000 to Defendants in exchange for the membership interests.

9. The Plaintiffs aver that a central tenet of the membership interest purchase agreement required the Defendants to disclose all pending debts and accounts prior and Plaintiff, Kinniburgh, becoming the majority owner of Defendant, Kinniburgh Construction, LLC.

10. The Plaintiffs aver that Defendant, Arly Kinniburgh, falsely represented to him prior to him signing the Sales Agreement that there were no accounts which Defendants either failed to disclose to Plaintiff and that there were unpaid accounts and other debts which Defendants purposely deceived the Plaintiff in order to consummate and close the transaction.

11. The Plaintiffs aver that they relied upon the false statements made by Defendant, Arly Kinniburgh, as to the payment of the outstanding debt of Plaintiff, Kinniburgh Concrete, LLC.

12. The Plaintiffs aver that these statements were made by Defendant, Arly Kinniburgh, on the telephone and in person and made directly to Plaintiff, Iyov Kinniburgh.

13. The Plaintiffs aver that the Plaintiffs relied upon the false statements of Defendant, Arly Kinniburgh, all of which were made by Defendant, Arly Kinniburgh, with the knowledge that they were false when made.

14. The Plaintiffs aver that Defendants deception of them was intentional and knowing.

15. The Plaintiffs aver that they reasonably relied upon Defendants false representations and that they have sustained significant financial damages as a direct and proximate result. The Plaintiffs paid $450,000 for the unencumbered majority, sole interest in Kinniburgh Construction, LLC.

16. The Plaintiffs aver that the February 19, 2019 Sales Agreement contains provisions for the transfer of membership interests in Defendant, Kinniburgh Construction, LLC, free of any encumbrances on the company post-closing.

17. The Plaintiffs aver that Defendants agreed to indemnify them against future expenses and debts owed by Plaintiff prior to closing.

18. The Plaintiffs aver that they were saddled with hundreds of thousands of dollars in debt which were not disclosed to Plaintiffs prior to closing. In fact, they only learned of these facts much later in many instances because Defendants actively concealed and deceived Plaintiffs from the true facts.

19. The Plaintiffs aver that they have sustained significant damages as a direct and proximate result of Defendants' intentional, dishonest and fraudulent actions.

## IV.
## COUNT ONE
## BREACH OF CONTRACT

20. The Plaintiffs rely upon the factual averments in numbered paragraphs 1-19 in support of the following cause of action.

21. The Plaintiffs aver that Defendants have breached the February 19, 2019 Sales Agreement by failing to pay all debts of Defendant, Kinniburgh Construction, LLC, incurred prior to closing and by failing to indemnify Plaintiffs for amounts incurred and unpaid by Defendants.

22. The Plaintiffs aver that they have sustained significant financial damages as a direct and proximate result of Defendants' breaches and fraud.

## V.
## COUNT TWO
## INTENTIONAL MISREPRESENTATION

23. The Plaintiffs rely upon the factual averments in numbered paragraphs 1-22 in support of the following cause of action.

24. The Plaintiffs aver that Defendants have intentionally misrepresented their intent to pay and to indemnify Plaintiffs against unpaid company expenses and accounts. The Defendants have concealed these while never having had the intention of paying these.

25. The Plaintiffs aver that they have incurred significant financial damages as a direct and proximate result of Defendants' actions.

**PLAINTIFFS SEEK THE FOLLOWING RELIEF**:

1. That process issue and Defendants be required to timely answer;

2. That Plaintiffs be awarded compensatory damages in an amount in excess of $450,000;

3. That Plaintiffs be awarded punitive damages in an amount in multiples of the compensatory damages awarded;

4. That Plaintiffs be awarded their attorney's fees and other expenses and costs;

5. That a jury of six (6) be impaneled to hear this matter;

6. That Plaintiffs be awarded such other, further relief to which they may be entitled.

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

*/s/ G. Kline Preston, IV, Esq.*
G. Kline Preston, IV, Esq. (#017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: 615-649-8680
Fax: 866-610-9565
kpreston@klineprestonlaw.com
*Attorney for Plaintiffs*