# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IYOV KINNIBURGH and** <br> **KINNIBURGH CONCRETE, LLC,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **ARLY KINNIBURGH and KINNIBURGH CONSTRUCTION, LLC,** <br><br> **Defendants.** | Case No. 1:23-cv-01190-STA-jay |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs through their attorneys and Defendants through their attorneys stipulate to the dismissal, without prejudice, of this lawsuit.

The parties respectfully request that the Court enter an order dismissing this lawsuit without prejudice.

Respectfully submitted,

RAINEY, REVIERE, KIZER, & BELL, P.L.C.

BY:/s/Dale Conder, Jr.
DALE CONDER, JR., BPR #15419
209 E. Main Street
P.O. Box 1147
Jackson, TN 38302
dconder@raineykizer.com

*Attorney for Defendants*

KLINE PRESTON LAW

BY: /s/ G. Kline Preston, IV by Dale Conder Jr. w/ permission
G. KLINE PRESTON, BPR #017141
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
kpreston@klineprestonlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

On April 3, 2025, I filed a copy of this pleading or document using the court's electronic filing system. This system will send notice to all parties indicated on the electronic filing. I will serve other parties by e-mail, or regular U.S. Mail. The parties can access this filing through the Court's electronic filing system.

G. Kline Preston, IV, BPR #017141
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
kpreston@klineprestonlaw.com

*Attorney for Plaintiffs*

/s/ Dale Conder Jr.
Dale Conder Jr.