IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IYOV KINNIBURGH and KINNIBURGH CONCRETE, LLC,** <br><br> Plaintiffs, <br><br> v. <br><br> **ARLY KINNIBURGH and KINNIBURGH CONSTRUCTION, LLC,** <br><br> Defendants. | Case No. 1:23-cv-01190-STA-jay |

**ORDER DISMISSING THIS MATTER WITHOUT PREJUDICE**

The parties filed a joint stipulation of dismissal without prejudice. (ECF No. 50.) Accordingly, the Court **DISMISSES** this case without prejudice. The Clerk is **DIRECTED** to enter judgment.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: April 3, 2025