UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **IYOV KINNIBURGH, ET AL.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **ARLY KINNIBURGH, ET AL.,** | CASE NO: 23-1190-STA-jay |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER DISMISSING THIS MATTER WITHOUT PREJUDICE** entered on April 3, 2025, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 4/3/2025**

Wendy R. Oliver
**Clerk of Court**

s/Maurice B. BRYSON

(By)   Deputy Clerk